UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Giui Juis F Rivera Herrera_

---

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

**COMPLAINT**

_Some as in F. 2_
_battle encused F1 #2 4_

Do you want a jury trial?
☐ Yes ☐ No
_F7 Emply_

---

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_My SSI plus EBT CAR Benefits are Be collected under Fraudulent Merchants business/Amazon_

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**      N/A  Ed Av)

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Luis F. Rivera-Asencio** (Cruz), is a citizen of the State of USA. Sovereign Nation of Ella Puerto Rico

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of Amor USA Federal State

N/A

If the defendant is a corporation: N/A

The defendant, N/A, is incorporated under the laws of

the State of N/A

and has its principal place of business in the State of N/A

or is incorporated under the laws of (foreign state) N/A

and has its principal place of business in N/A.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed. Matter to be investigated by the F.B.I. plus NY state police authorities et al.

First Name / Middle Initial / Last Name

Street Address

County, City / State / Zip Code

Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Carin Juri F. Rivera Herrara
First Name            Last Name

ARM RESEARCH Unit Pentagon
Current Job Title (or other identifying information)

Courant Institute of Science NYU
Current Work Address (or other address where defendant may be served)

C/O Juri F. Rivera Herrera 70 5 ingram Ave
County, City            State            Zip Code            Stoney NY 10303

Defendant 2: ____ 01 AMZAN BOVE ____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3: ____ Same as ABOVE ____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Page 4

Defendant 4: _____
First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Both claims in the State of NY

Date(s) of occurrence: 12 / 05 / 2023

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1) In Bklyn Metro Tinest Docs I was enwinced and have see and I was told that the EBT card was not valid as to he legally with benefits credits yet the 1st exhibit show as forensic defense show that this cent fraud the receipt validation that the EBT card # Amen!

2) In the second instance they own /owe me more than thousands of dollars and they don't pay the monies owe and for all ask immediately. So I demanding them for a just justly enorment for damages and preju dices against my legal innocent persons grate Amen

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

This is not the first time they try to rob me in both places of EBT humble legis benefits so f—— Amen! Amen!

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

——— asking them for the sum of 25,000 dollars. Amen

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 12/5/2023

Plaintiff's Signature: [signature]

First Name: Luis
Middle Initial: F.
Last Name: Rivera Herrera Cruz

Street Address: C/O Same as above 70 Simpson Ave, Staten Island, NY

County, City: Staten Island, NY
State: NY
Zip Code: 10303 or 13303

Uncle Manuel Luis Herrera
Telephone Number: 929-500-8150
Email Address: N/A

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

I use to litigate as the same litigator now w/ when Michael (T). Mukasey was US Secretary of Justice with Mr. Bush sr., President, Administration. April 1

Page 7

# ☓

21ST STREET DELI INC
4035 21ST ST
LONG IS CITY, NY 11101
718-786-2484

12/05/2023 09:06:01
Merchant ID: ***********0277
Device ID: 4685
Terminal ID: PPX1.

**EBT Sale:**
**Food Stamps**

Transaction #: 63
Account: ***************6009
Entry: Swiped

**Amount: $8.50**

STAN: 988
Auth. Code: 000733
Batch Number: 7
Response: AUTH/TKT
EBT Card Type: 028

MERCHANT COPY

Thank You!

21ST STREET DELI INC
4035 21ST ST
LONG IS CITY, NY 11101
718-786-2484

12/05/2023 09:06:01
Merchant ID: ***********0277
Device ID: 4685
Terminal ID: PPX1.

**EBT Sale:**
**Food Stamps**

Transaction #: 63
Account: ***************6009
Entry: Swiped

**Amount: $8.50**

STAN: 988
Auth. Code: 000733
Batch Number: 7
Response: AUTH/TKT
EBT Card Type: 028
Food Stamps Balance: $115.45

CUSTOMER COPY

Thank You!

#47
METRO FINEST DELI
233 SCHERMERHORN ST
BROOKLYN, NY 11201
(347) 721-3711

12/05/2023 07:53:45
Station2 Manager
23442

QTY Item Price

Count:0 Subtotal: $0.00
Tax: $0.00
Total: $0.00

Unpaid